IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

           Plaintiff,

    v.                                 Case No. 02-20104-002-KHV

DAVID T. LOPEZ
XXX-XX-5456,

           Defendant.

    v.

FIDELITY INVESTMENTS
P.O. Box 770002
Cincinnati, OH  45277-0090,

           Garnishee-defendant.

**ORDER RELEASING GARNISHMENT
AND FINAL ACCOUNTING OF PAYMENTS**

Comes on for decision the motion of plaintiff, United States of America, (Doc. #339), for an order releasing the garnishment and discharging the garnishee-defendant from the Writ of Continuing Garnishment, Doc. 325, filed February 9, 2005, and final accounting of garnishment payments. The plaintiff, United States, appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for the District.

The Court, upon review of the file and pleadings herein finds that the allegations of the motion are true and the relief requested in appropriate.

Therefore, based on the above findings the Court orders that the garnishment is released and

the garnishee-defendant is hereby released and discharged as garnishee in the above entitled action.

The United States advises the Court that no payments were collected by way of this garnishment.

Dated this 5th day of May, 2005.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

Submitted by:

ERIC F. MELGREN
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-mail: Tanya.Wilson@usdoj.gov
Attorneys for the United States